**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUN,<br><br>    **Plaintiff,**<br><br>  **-against-**<br><br>**NOEM ET AL**<br><br>    **Defendants.** | **25-cv-7127 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due May 18, 2026. Defendants have until May 22, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:** May 19, 2026

   **New York, New York**       **ANDREW L. CARTER, JR.**
                    **United States District Judge**